MINUTE ENTRY            10:40 a.m.

 UNITED STATES OF AMERICA -v- JULIET MACABENTA

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
   SANAE N. SHMULL, COURT REPORTER
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
   PERRY INOS, ATTORNEY FOR DEFENDANT
   JULIET TORRES MACABENTA, DEFENDANT

PROCEEDINGS: WAIVER OF INDICTMENT AND ENTRY OF PLEA

 Defendant appeared with counsel, Attorney Perry Inos. Government was represented by Jamie Bowers, AUSA.

 Defendant was sworn and examined as to her health, state of mind, understanding of the charges in the Information and her constitutional rights.

 After review of the defendant's financial affidavit the Court inquired as to whether the defendant wished to retain counsel. Defendant stated that she had retained the services of Attorney Perry Inos.

 Defendant stated that she wished to waive the indictment and enter a plea to the charges in the information. The defendant and her counsel signed the waiver in open court. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

 Defendant waived reading of the information and entered a plea of GUILTY. Court accepted defendant's plea of guilty and the plea agreement. Court ordered that sentencing be scheduled for Tuesday, May 24, 2005 at 9:30 a.m. That presentence investigation report shall be due April 19, 2005.

 Government had no objection to the defendant being at liberty with unsecured bond and minimal supervision. Court ordered the defendant released under the following conditions:

 1.  That the defendant post a $25,000 unsecured bond;

 2.  That the defendant shall submit to pretrial services supervision under the direction of the United State Probation Office;

 3.  That the defendant must not leave the Commonwealth without written approval of the Court unless to transit through Guam to make court appearances on Saipan or to meet with her attorney;

 4.  That the defendant not move from her residence without first contacting her counsel, the U.S. Probation Office and the Court and that she give a map and telephone number of his residence location to the U.S. Marshal;

 5.  That the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner;

6. That the defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon and shall not have these at her residence; and

7. That the defendant shall refrain from the use of any alcohol;

Defendant was remanded into the custody of the U.S. Marshal for processing and ordered to go directly to the Clerk's Office to process the necessary paperwork.

Adj. at 11:15 a.m.

; [KLL EOD 02/18/2005]