MINUTE ENTRY          9:50 a.m.


 UNITED STATES OF AMERICA -v- JULIET T. MACABENTA


PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
   SANAE SHMULL,  Court Reporter
   K. LYNN LEMIEUX, Courtroom Deputy
   JAMIE BOWERS, Assistant U. S. Attorney
   PERRY B. INOS,  Counsel for Defendant
   JULIET T. MACABENTA, Defendant


PROCEEDING: SENTENCING

 Defendant was present with his court appointed counsel, Attorney Perry Inos.
Government by Jamie Bowers, AUSA.  Also present was U.S. Probation Officer,
Margarita Wonenberg.

 No objection by the government of the presentence report. Counsel for defendant had
no objections.

 Court adopted the presentence investigation report and instructed the Clerk to file
the report, under seal, and that the report be made available if the judgment is
appealed.  The probation officer's recommendation shall also be placed under seal.
No objection by the parties.

 Government had a minor correction of fact in the report.  Court so noted.
Government had no objection to the advisory guidelines that the Court intends to be
guided; Defense had not objections.  Court adopted the advisory guidelines.

 Government recommended a sentence of probation and a schedule for restitution.
Defense recommended a sentence of probation and stated that the defendant had paid $
2,000 in restitution to the Bank.

 Defendant gave her allocution to the Court.

 SENTENCE:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the
Court that the defendant JULIET T. MACABENTA is hereby sentenced to two years
probation. The term probation will commence immediately and will require that the
defendant comply with the following conditions:

 1.  That the defendant shall not commit another federal, state or local crime;

 2.  That the defendant shall not unlawfully possess a controlled substance;

 3.   That the defendant shall refrain from any unlawful use of a controlled
substance and  submit to one drug test within 15 days of release and at least two
periodic drug test thereafter to determine use of a controlled substance;

 4.  That the defendant shall submit to the collection of a DNA sample from the

defendant at the direction of the United States Probation Office;

   5.   That the defendant shall comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and codified under 18 U.S.C. Â§3563;

   6.   That the defendant is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the defendant is in compliance with the payment schedule;

   7.   That the defendant must provide the probation officer access to any requested financial information; and

   8.   That the defendant shall perform 300 hours of community service under the direction of the U.S. Probation Office.

   Pursuant to U. S. S. G. Â§5E.1(a)(1) and 18 U.S.C. Â§3663, the defendant shall make restitution in the amount of $988.00, less payments previously made in accordance to Superior Court of the NMI civil case 00-00065E, to the Bank of Saipan, which is due immediately upon sentencing.  Payment shall be made to the U.S. District Court of the Northern Mariana Islands, attention: Clerk of Court, for disbursement to the victim at Bank of Saipan, P.O. Box 500690, Saipan, MP 96950.

   It was further ordered that the defendant pay to the United States a special assessment fee of $100 to be paid immediately after sentencing.  Court ordered that a fine of $500 be imposed.

   No objection to the sentence by the attorneys.  Defendant was advised that she had previously waived her right to appeal the sentence in this case but that if she or her attorney find any other reason in which to appeal that she had ten days in which to do so. Further, the defendant was advised of her right to an attorney for appeal.

        Adj. 10:10 a.m.


;   [KLL EOD 05/24/2005]