| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM  **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE  U.S. PROBATION OFFICE Horiguchi Building, Rm. 212 P.O. Box 687 CK Saipan, MP 96950 Tel: (670) 236-2990 Fax: (670) 236-2992 |
|---|---|---|

**Juliet T. Macabenta**
USDC Cr.Cs.# 05-00006-001
SS# XXX-XX-8073
DOB: X/XX/1976



DATE **July 25, 2005**

F I L E D
Clerk
District Court

**JUL 2 5 2005**

YOU ARE AUTHORIZED TO TRAVEL TO **Guam** For The Northern Mariana Islands
By_____
LEAVING **July 29, 2005** AND RETURNING **July 31, 2005** (Deputy Clerk)

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Purchase school supplies and clothing for her daughter for upcoming school year.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**You shall abide by your conditions of probation while in Guam;
You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
You shall call your probation officer if you change accommodations/location; and
You shall call your probation officer within 24 hours upon your return to Saipan.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME  N/A
ADDRESS  _____

John W. San Nicolas II
UNITED STATES PROBATION OFFICER

[X] APPROVED    [ ] DISAPPROVED

HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM
### PROBATION OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 473-9201
FAX: (671) 473-9202



**N.M.I. OFFICE**
HORIGUCHI BUILDING RM 4D
P.O. BOX 502089
SAIPAN, MP 96950
TEL: (670) 236-2991
FAX: (670) 236-2992

July 25, 2005

Honorable Alex R. Munson
Chief Judge
U.S. District Court of the Northern Mariana Islands
Horiguchi Building, RM 212
Saipan, MP 96950

        **RE: MACABENTA, JULIET T.**
           **U.S.D.C. Cr. Case No.: 05-00006-001**

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

  On May 26, 2005, Juliet T. Macabenta was sentenced by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 & 1344(1). She received two years probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release and at least two periodic drug tests thereafter for use of a controlled substance; submit to the collection of a DNA sample as directed by the probation officer; comply with the standard conditions of probation; prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the defendant is in compliance with the payment schedule; provide the probation officer access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; pay a $500 fine; and pay restitution in the amount of $988. Ms. Macabenta has been on probation since May 24, 2005.

  As of July 22, 2005, Ms. Macabenta has complied with most of her conditions. She submitted to DNA collection on June 10, 2005. She paid her special assessment fee and fine obligation on May 24, 2005. In addition, she satisfied her restitution obligation on January 10, 2001. Her community service requirement is pending designation of a community service agency on Rota. This officer supports this travel request and seeks Court approval.

Travel Request Information
Re: MACABENTA, Juliet T.
USDC Cr. Cs. No. 05-00006-001
July 25, 2005
Page 2

    Ms. Macabenta is requesting the Court's permission to travel to Guam on July 29, 2005 to purchase school supplies and clothing for her daughters for the upcoming school year. She will return to Rota on July 31, 2005.

                                Respectfully Submitted,

                                FRANK MICHAEL CRUZ
                                Chief U. S. Probation Officer

By: _____
       JOHN W. SAN NICOLAS II
       U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader