| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 212<br>P.O. Box 687 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

Juliet T. Macabenta
USDC Cr. Cs. No. 05-00006-001
SS# XXX-XX-8073
DOB: XX-XX-1976



DATE _____ March 2, 2006 _____
Clerk
District Court

MAR 0 7 2006

For The Northern Mariana Islands
By _____ (Deputy Clerk) _____

YOU ARE AUTHORIZED TO TRAVEL TO _____ Manila, Republic of the Philippines via Guam _____

LEAVING _____ April 15, 2006 _____ AND RETURNING _____ April 23, 2006 _____

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Participate as a bridesmaid in her cousin's wedding ceremony in Manila, Republic of the Philippines.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Manila, Philippines;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Rota for a longer period than authorized;

3. You shall call your probation officer if you change accommodations/location; and

4. You shall call your probation officer within 24 hours upon your return to Rota.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____ John W. San Nicolas II _____
UNITED STATES PROBATION OFFICER

NAME _____ N/A _____
ADDRESS _____

[X] APPROVED    [ ] DISAPPROVED

_____ 
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

## UNITED STATES DISTRICT COURT
### DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER
**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

March 2, 2006

Honorable Alex R. Munson
Chief Judge
U.S. District Court of the Northern Mariana Islands
Horiguchi Building, RM 212
Saipan, MP 96950

RE: MACABENTA, JULIET T.
U.S.D.C. Cr. Cs. No.: 05-00006-001

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

On May 26, 2005, Juliet T. Macabenta was sentenced by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 & 1344(1). She received two years probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release and at least two periodic drug tests thereafter for use of a controlled substance; submit to the collection of a DNA sample as directed by the probation officer; comply with the standard conditions of probation; prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the defendant is in compliance with the payment schedule; provide the probation officer access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; pay a $500 fine; and pay restitution in the amount of $988. Ms. Macabenta has been on probation since May 24, 2005.

As of February 24, 2006, Ms. Macabenta has complied with most of her conditions. She submitted to DNA collection on June 10, 2005. She paid her special assessment fee and fine obligation on May 24, 2005. In addition, she satisfied her restitution obligation on January 10, 2001. To date, she has performed a total of 66 hours of community service and has a balance of 234 hours.


Travel Request Information
Re:   MACABENTA, Juliet T.
USDC Cr. Cs. No. 05-00006-001
March 2, 2006
Page 2

Ms. Macabenta is requesting the Court's permission to travel to Manila, Republic of the Philippines, via Guam from April 15, 2006 to April 23, 2006 to participate as a bridesmaid in her cousin's wedding. She will return to Rota on April 23, 2006. On July 25, 2005, the Court authorized Ms. Macabenta to travel to Guam. She returned without incident. This Officer supports this travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

GU/NMI - New Offender Orientation Packet Form 3
Rev. 02/02

# TRAVEL REQUEST FORM

Date: 02/23/06
Name: Juliet T. Macabenta
Address: P.O. Box 511609
Rota, MP 96951

Phone No.: (670) 532-4321
Destination: Manila, Phil.
Departure Date: Apr. 15, 2006
Return Date: Apr. 23, 2006
Purpose of Trip: To attend cousin's wedding.  I will be one of the bride's maids. (Ligaya Prelega)

Persons traveling with: Rudy D. Calvo

## Accommodations will be verified:
Name: Will be given at a later date  MAKATI
Address:
Phone Number: Area Code (    )

## Mode of Transportation:
### Vehicle:
Make/Model:
Tag Number:
Owner of Vehicle:

### Airline:
Name of Airline: Continental Cape Air / Continental Airlines
Departure flight no. and time: #9315  11:15 a.m.
Return flight no. and time: #9317  7:20 p.m.

## Other Mode of Transportation:

Itinerary at back.

Departure Date: April 15, 2006

    Rota - Guam flt.#9315  11:15 a.m.  (Cape Air)

    Guam - Manila flt.#933  7:00 p.m.  (Continental Airlines)

Returning Date: April 23, 2006

    Manila - Guam  flt.#894  11:20 a.m.  (Continental Airlines)

    Guam - Rota  flt.#9317  7:20 p.m.  (Cape Air)


Confirmation No. 3JBXQM

Flight reservation is confirmed up to March 10, 2006. After this date I may loose my reservation depending on the booking.

According to the customer service personnel that I spoke to, they can not give me an itinerary print out until I purchase my ticket. I will be using my One-pass milage for this trip.