| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 212<br>P.O. Box 687 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

Juliet T. Macabenta
USDC Cr. Cs. No. 05-00006-001
SS# XXX-XX-8073
DOB: XX-XX-1976



DATE   December 22, 2006

F I L E D
Clerk
District Court

DEC 22 2006

YOU ARE AUTHORIZED TO TRAVEL TO _____ Guam _____ For The Northern Mariana Islands
By_____
LEAVING   December 22, 2006   AND RETURNING   December 24, 2006 (Deputy Clerk)

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:
Purchase a new vehicle at Atkins Kroll, Tamuning, Guam and arrange shipping of vehicle to Rota.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Guam;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Rota for a longer period than authorized;

3. You shall call your probation officer if you change accommodations/location; and

4. You shall call your probation officer within 24 hours upon your return to Rota.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
John W. San Nicolas II
UNITED STATES PROBATION OFFICER

NAME   N/A
ADDRESS   _____

☒ APPROVED   ☐ DISAPPROVED

_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM
### PROBATION OFFICE



**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 473-9201
FAX: (671) 473-9202

**N.M.I. OFFICE**
HORIGUCHI BUILDING RM 4D
P.O. BOX 502089
SAIPAN, MP 96950
TEL: (670) 236-2991
FAX: (670) 236-2992

December 22, 2006

Honorable Alex R. Munson
Chief Judge
U.S. District Court of the Northern Mariana Islands
Horiguchi Building, RM 212
Saipan, MP 96950

RE:   MACABENTA, JULIET T.
      U.S.D.C. Cr. Cs. No.: 05-00006-001

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

On May 26, 2005, Juliet T. Macabenta was sentenced by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 & 1344(1). She received two years probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release and at least two periodic drug tests thereafter for use of a controlled substance; submit to the collection of a DNA sample as directed by the probation officer; comply with the standard conditions of probation; prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the defendant is in compliance with the payment schedule; provide the probation officer access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; pay a $500 fine; and pay restitution in the amount of $988. Ms. Macabenta has been on probation since May 24, 2005.

As of February 24, 2006, Ms. Macabenta has complied with most of her conditions. She submitted to DNA collection on June 10, 2005. She paid her special assessment fee and fine obligation on May 24, 2005. In addition, she satisfied her restitution obligation on January 10, 2001. To date, she has performed a total of 143 hours of community service and has a balance of 157 hours.

Travel Request Information
Re:   MACABENTA, Juliet T.
USDC Cr. Cs. No. 05-00006-001
December 22, 2006
Page 2

    Ms. Macabenta is requesting the Court's permission to travel to Guam from December 22, 2006 to December 24, 2006 to purchase a new vehicle at Atkins Kroll, Tamuning, Guam, and to arrange shipping of the vehicle to Rota. The Court authorized Ms. Macabenta to travel on two previous occasions, and she returned without incident. This Officer supports this travel request and seeks Court approval.

                            Respectfully Submitted,

                            FRANK MICHAEL CRUZ
                            Chief U. S. Probation Officer

By:                            
                            JOHN W. SAN NICOLAS II
                            U.S. Probation Officer

Reviewed by:


ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader