PROB 12B
(7/93)

F I L E D
Clerk
District Court

MAR 27 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court

for

the Northern Mariana Islands

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Juliet T. Macabenta | Case Number: | CR 05-00006-001 |

Name of Sentencing Judicial Officer:    Alex R. Munson

Date of Original Sentence:    May 24, 2005

Original Offense:    Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 371 & 1344(1).

Original Sentence:    A two (2) year term of probation with conditions to include that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from unlawful use of a controlled substance; submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter; cooperate in the collection of DNA; comply with the standard conditions of supervision; prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer, unless the defendant is in compliance with the payment schedule; provide the probation officer access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; pay a $500 fine; and pay $988 in restitution to the Bank of Saipan.

Type of Supervision: Probation                    Date Supervision May 24, 2005

---

## PETITIONING THE COURT

[X]    To extend the term of supervision    **1**    years, for a total term    **3**    years.

[ ]    To modify the conditions of supervision as follows:

1.    That the defendant agrees to extend her term of probation for a period of **one (1) year**, or until the balance of **102** hours of community service is completed. Upon completion of her community service requirement, the defendant's term of probation shall be terminated.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On May 24, 2005, Ms. Macabenta began her term of probation. On June 10, 2005, she was referred to the Marianas Visitor's Authority (MVA) to perform her community service requirement. However, the placement was terminated on June 15, 2005 due to a change in leadership at the agency. She was unable to perform any community service hours at MVA.

On September 23, 2005, she was referred to the Department of Public Safety (DPS). From November 7-19, 2005, Ms. Macabenta performed 16 hours of community service on cleanup projects for DPS. Her placement with DPS was terminated on December 15, 2005 due to her transfer to the Rota Judicial Center.

From December 28, 2005 to July 15, 2006, Ms. Macabenta performed 148 hours of community service through maintenance work at the Rota Judicial Center. In May 2006, she was authorized to suspend her community service requirement due to her pregnancy with her third child, and subsequent delivery via caesarian section. From January 27, 2007 to March 9, 2007, Ms. Macabenta performed an additional 34 hours of community service. Her balance remains at 102 hours. It is unlikely that Ms. Macabenta will be able to complete her requirement prior to the expiration of her probation term on May 23, 2007.

Ms. Macabenta has completed all other special conditions required. Therefore, this Officer respectfully requests that the Court extend Ms. Macabenta's term of probation, pursuant to 18 U.S.C. § 3564(d) as follows:

> "That the defendant agrees to extend her term of probation for a period of one (1) year, or until the balance of 102 hours of community service is completed. Upon completion of her community service requirement, the defendant's term of probation shall be terminated."

Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Ms. Macabenta's consent to the extension.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 3/23/7

Respectfully submitted,

by: JOHN W. SAN NICOLAS II
U.S. Probation Officer

Date: March 23, 2007

THE COURT ORDERS

☐ No Action
☒ The Extension of Supervision as Noted Above.
☐ The Modification of Conditions as Noted Above.
☐ Other:

HON. ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands

3-27-06
Date

PROB 49
(3/89)

# United States District Court

_____ District **Northern Mariana Islands**

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. That the defendant agrees to extend her term of probation for a period of one (1) year, or until the balance of __102__ hours of community service is completed. Upon completion of her community service requirement, the defendant's term of probation shall be terminated.

Witness _____        Signed _____
          John W. San Nicolas II                                                         Juliet Macabenta
          U.S. Probation Officer                                                     Probationer or Supervised Releasee

                                        03/13/07
                                          Date