PROB 34
(3/07)

**Report and Order Terminating Probation**

FILED
Clerk
District Court

JUN - 4 2007

# UNITED STATES DISTRICT COURT

FOR THE

District of the Northern Mariana Islands

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA

v.

JULIET T. MACABENTA

CRIMINAL CASE NO.   CR 05-00006-001

On March 27, 2007, Ms. Macabenta's term of probation was extended for one year or until her community service requirement was completed. On May 12, 2007, Ms. Macabenta completed her community service obligation. It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and because the period of Ms. Macabenta's original probation term was to expire on **May 23, 2007**, this Officer therefore recommends that Ms. Macabenta be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Jamie D. Bowers, AUSA
      Perry B. Inos, Defense Counsel
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that Juliet T. Macabenta be discharged from probation and that the proceedings in the case be terminated.

_____
HONORABLE ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands